But we're not talking about 101, we're talking about collateral estoppel, so I don't think we need to repeat all the material relating to 101. So if you want to deal with a collateral estoppel point, Mr. Ceno, please proceed. I think very briefly, Your Honor, I think the positions of both sides are pretty clear. As stated at page 20 of the red brief and in our brief, the same citation to Jaffray, this is a decision that's vacated or reversed. The collateral estoppel doesn't apply, and that's our position here. The case you just heard should be reversed, and therefore a collateral estoppel doesn't apply here. If there's any questions. Ms. Tidemore? I don't disagree, unless you have any questions. This is one of the best arguments I've heard all day. I think that, you know, our position on the other case is clear. All right, well, thank you very much. Mr. Pacino has a little rebuttal time, like approximately 14 minutes if he needs it. Fine, thank you very much. We'll take that case under advisement as well.